# UNITED STATES DISTRICT COURT
## Northern District of California

DIANA BROWN,

                Plaintiff(s),         No. C 08-04350 MEJ

  v.

ELIZABETH NAGATA,             **ORDER VACATING PRETRIAL DEADLINES**

                Defendant(s).

_____/

Pursuant to the January 5, 2009 Case Management Order in this case, (Dkt. #8), the deadline for lead counsel to meet and confer with respect to the pretrial statement is November 25, 2009. However, as Defendant's summary judgment motion remains under submission, the Court hereby VACATES all pretrial deadlines. Should it be necessary after ruling on Defendant's motion, the Court shall issue a revised scheduling order.

**IT IS SO ORDERED.**

Dated: November 5, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge